[Nos. 19772-7-III; 19773-5-III.   Division Three.   October 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS STANKO MARKS, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 00-1-00075-9 and 00-1-00076-7, Michael E. Donohue, J., entered November 29, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 20581-9-III.   Division Three.   October 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY ALDON LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01329-0, Paul A. Bastine, J., entered October 4, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[Nos. 20684-0-III; 20685-8-III.   Division Three.   October 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. VALERIE M. MONDINI, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 00-1-01613-2 and 01-1-01623-0, Richard J. Schroeder, J., entered November 16, 2001. *Dismissed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.